Dismissed and Memorandum Opinion filed October 27, 2005









Dismissed and Memorandum Opinion filed October 27,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00837-CV

____________

 

JOHN
C. PEYTON, DAVID N. PEYTON, STEPHEN A. PEYTON, 

NANCY PEYTON, AND MATTHEW
H. PEYTON, Appellants

 

V.

 

AILEEN
MCHENRY JONES, INDEPENDENT EXECUTRIX OF ESTATE OF 

R. KINGSLEY MCHENRY, JR.,
M.D., DECEASED, and SAM HOUSTON AREA COUNCIL BOY SCOUTS OF AMERICA, Appellees

________________________________________________________________

 

On Appeal from the County Court at Law 

Washington
County, Texas

Trial Court Cause No. 04‑108

________________________________________________________________

 

M E M O R A N D U M   O P I N I O N

We deny appellant=s motion to reinstate.  We withdraw our opinion filed September 15,
2005, substitute this opinion in its place, and vacate our September 15, 2005,
judgment.








This is an appeal from a judgment signed April 5, 2005.  Appellants timely filed a motion for new
trial on April 21, 2005.  The notice of
appeal was due July 5, 2005.  See Tex. R. App. P. 26.1(a)(1).  Appellants, however, filed their notice of
appeal on August 4, 2005.      Accordingly, we are without jurisdiction to
consider the appeal.

For these reasons, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 27, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.